v.

**The STATE of Texas, Appellee.**

No. 28391.

Court of Criminal Appeals of Texas.

June 6, 1956.

**Toby YARBROUGH, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28372.

Court of Criminal Appeals of Texas.

June 6, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is drunken driving upon a public highway; the punishment, a fine of $75 and three days' confinement in jail.

The record on appeal contains no statement of facts or bills of exception, without which nothing is presented for our consideration.

The judgment is affirmed.